IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ELIGIO URIAS VEGA,<br><br>Defendant. | CR  26–13–BU–DLC<br><br><br>ORDER |

Defendant Vega sent a pleading directly to the Court. The Court will not accept filings sent by Vega directly, due to the fact that Vega is represented by counsel.

The Clerk of Court shall send the recent submission to Defendant's counsel.

DATED this 28th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court